# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

Cornelius K. Koonce

Plaintiff.

-v-

FIRST POINT COLLECTION SERVICES INC

Defendant.

1-13-cv-153-mw/GRJ

Case No.

## COMPLAINT

Plaintiff, Cornelius K. Koonce, hereby sues Defendant, FIRST POINT COLLECTION SERVICES INC and alleges:

## PRELIMINARY STATEMENT

1. This is an action for damages brought by in violation of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*

## JURISDICTION AND VENUE

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

3. Venue is proper in this Circuit pursuant to 28 U.S.C. §1391b.

4. This is an action for damages which do exceed $11,000.00.

5. Plaintiff, Cornelius K. K.oonce is a natural person and is a resident of the State of Florida.

6. Defendant, ,FIRST POINT COLLECTION SERVICES INC is a North Carolina Corporation, not authorized to do business in Florida.



Filed0809'13UsDcFlnIPM0209

7. All conditions precedent to the bringing of this action have performed, waived or excused.

## FACTUAL ALLEGATIONS

8. On October 8, 2012, FIRST POINT COLLECTION SERVICES INC initiated a hard pull of Plaintiff's credit report from Transunion without perrnissible purpose, thereby reducing his credit score and creditworthiness.

9. FIRST POINT COLLECTION SERVICES INC violated Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681 by continuing to report derogatory information to plantiffs credit report since inception on October 8, 2012.

## COUNT I

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL NON-COMPLIANCE BY DEFENDANT FIRST POINT COLLECTION SERVICES INC.

10. Paragraphs 1 through 10 are realleged as though fully set forth herein.

11. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

12. FIRST POINT COLLECTION SERVICES INC is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

13. FIRST POINT COLLECTION SERVICES INC willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) FIRST POINT COLLECTION SERVICES INC., willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report on On October 8, 2012 ,without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against FIRST POINT COLLECTION SERVICES INC for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

## NEGLIGENT NON-COMPLIANCE BY DEFENDANT FIRST POINT COLLECTION SERVICES INC.

13. Paragraphs 1 through 10 are realleged as though fully set forth herein.

14. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

15. FIRST POINT COLLECTION is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2

16. FIRST POINT COLLECTION SERVICES INC negligently violated the FCRA. Defendant's violations include, but are not limited to, the following

(a) FIRST POINT COLLECTION SERVICES INC negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against FIRST POINT COLLECTION SERVICES INC for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. §1681o.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: August 6, 2013

Respectfully submitted,
Cornelius K. Koonce
8008 nw 31st ave apt 1202
Gainesville Florida, 32606
(910) 467-6389