IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CORNELIUS K. KOONCE,

    Plaintiff,

v.                                          Case No. 1:13cv153-MW/GRJ

FIRST POINT COLLECTION, INC.,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation. ECF No.16. Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to dismiss, ECF No. 10, is **GRANTED**. This case is **DISMISSED without prejudice** to refile in an appropriate forum." The Clerk shall close the file.

**SO ORDERED on December 17, 2014.**

                              **s/Mark E. Walker**
                              **United States District Judge**